IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES LITCHFIELD,

    Plaintiff,

v.                                  CASE NO.: 1:09cv264-SPM/GRJ

PORTFOLIO RECOVERY
ASSOCIATES, LLC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice and with each party to bear its own fees and costs, pursuant to the parties' Stipulation for Dismissal with Prejudice (doc. 14) and Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 17th day of September, 2010.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            Chief United States District Judge